**Joseph Wesley COUEY, Plaintiff-Appellant,**

v.

**WEST BROTHERS, INC. and John H. Speed, Defendants-Appellees.**
**No. 29568.**

United States Court of Appeals,
Fifth Circuit.
Dec. 8, 1970.

Albert S. Johnston, III, Pascagoula, Miss., for plaintiff-appellant.

White & Morse, Stanford E. Morse, Jr., Gulfport, Miss., for defendants-appellees.

Before RIVES and SIMPSON, Circuit Judges, and NICHOLS,* Judge of Court of Claims.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.